PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Marcus Moore      Cr.: 19-00474-001
     PACTS #: 5910381

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/13/2019

Original Offense:     18 U.S.C. § 922: Convicted felon in possession of a firearm

Original Sentence: 21 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Mental Health Treatment, Support Dependents

Type of Supervision: Supervised Release      Date Supervision Commenced: 09/02/2020

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states: **'ALCOHOL/DRUG TESTING AND TREATMENT; You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'**<br><br>On October 22, 2020, Mr. Moore tested positive for opiates and alcohol. He denied use of alcohol and admitted to using two Percocet pills, not prescribed to him. The urine specimen was sent to the lab for confirmation. The results remain pending. |

U.S. Probation Officer Action:
This is Mr. Moore's first positive drug test. Our office will increase random drug testing and refer him to a substance abuse program if needed. He was referred to the Cope Center for a mental health assessment. We will continue to monitor his overall compliance and progress.  We will update the Court with any additional instances of noncompliance. At this time, we respectfully request the Court take no action.

Prob 12A – page 2
Marcus Moore

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Julie Chowdhury*
By:   JULIE CHOWDHURY
U.S. Probation Officer

/ jc

APPROVED:

*Suzanne Golda-Martinez*         10/29/2020
SUZANNE GOLDA-MARTINEZ         Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

/s/ Kevin McNulty
Signature of Judicial Officer

October 29, 2020
Date