PROB 12A
(7/93)

# United States District Court

for

District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Marcus Moore                                                     Cr.: 19-00474-001
                                                                                    PACTS #: 5910381

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/13/2019

Original Offense:   Count 1: Convicted Felon in Possession of a Firearm, in violation of 18 USC § 922 (g)(1)

Original Sentence: 21 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Mental Health Treatment, Support Dependents

Type of Supervision: Supervised Release                          Date Supervision Commenced: 09/02/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.     The offender has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'**

U.S. Probation Officer Action:

On February 2, 2022, Marcus Moore reported to the Probation Office and admitted to using illegal substances.  Specifically, Mr. Moore reported ingesting 10 pills of Percocet per day and supplementing with Heroin.  A urinalysis was secured; however, results are awaited from the lab.  Mr. Moore advised he is willing to participate in residential substance abuse treatment. On February 4, 2022, he was admitted to New Hope treatment center for detox and residential substance abuse treatment.

At this time, we are respectfully requesting no action be taken against Mr. Moore due to his willingness to participate in treatment services.  Probation will continue to monitor his compliance with treatment and

Prob 12A – page 2
Marcus Moore

abstinence from illegal substances, along with the remaining conditions of supervision.  Should there be any further non-compliance, we will notify the Court immediately.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Carrie Borona/SGM*

By: CARRIE H. BORONA
U.S. Probation Officer

/ cb

APPROVED:

*Suzanne Golda-Martinez*           2/8/2022
_____
SUZANNE GOLDA-MARTINEZ         Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☒  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

/s/ Kevin McNulty
Signature of Judicial Officer

2/8/2022
Date