PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Marcus Moore                                                                 Cr.: 19-00474-001
                                                                                                PACTS #: 5910381

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/13/2019

Original Offense:   Count 1: Convicted Felon in Possession of a Firearm, in violation of 18 USC § 922(g)(1)

Original Sentence: 21 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Mental Health Treatment, Support Dependents

Violation Action: On 04/26/2022, following a plea of guilty to Violation Charge 2: Illegal Drug Use, supervised release was revoked.

Violation Sentence: Time Served, followed by 18 months supervised release with all original special conditions

Type of Supervision: Supervised Release                              Date Supervision Commenced: 04/26/2022

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Marcus Moore has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'** |
| | On June 23, 2022, Mr. Moore was discharged unsuccessfully from residential substance abuse treatment. |

Prob 12A – page 2
Marcus Moore

U.S. Probation Officer Action:

As a reminder to Your Honor, on April 26, 2022, Marcus Moore appeared before the Court on a Violation of Supervised Release and pled guilty to Violation Charge 2: Illegal Drug Use. Your Honor revoked supervision and sentenced Mr. Moore to Time Served, followed by 18 months supervised release along with all previously imposed special conditions as follows: substance abuse testing, drug treatment, mental health treatment, and to support dependents.

As previously reported to the Court in a non-compliance reported dated May 4, 2022, Mr. Moore reported to the Probation Office as instructed on April 27, 2022, and a urine specimen was secured that subsequently was confirmed positive by Alere Toxicology for fentanyl. On May 3, 2022, Mr. Moore reported to the Probation Office and a urine specimen was secured in an instant drug test cup that returned a presumptive positive for fentanyl and morphine. Your Honor took no action against Mr. Moore due to his willingness to enter residential substance abuse treatment.

Mr. Moore was referred to New Hope treatment center for residential substance abuse treatment and was admitted into the program on May 4, 2022. Following approximately 30 days at New Hope, on June 3, 2022, he was transitioned to Maryville treatment center who would provide longer term treatment services in a residential setting for an additional 60 days.

The purpose of this correspondence is to advise that Mr. Moore was unsuccessfully discharged from Maryville treatment center on June 23, 2022. According to treatment staff at Maryville, Mr. Moore was discharged due to making inappropriate sexual comments to a female employee. Due to zero-tolerance policy for such language and needing to ensure a safe environment for employees and clients, Mr. Moore was discharged unsuccessfully. His primary counselor recommended that Mr. Moore be referred for Intensive Outpatient (IOP) Treatment at this time. The counselor also verified that Mr. Moore was prescribed Suboxone while at the residential treatment provider.

At this time, we are respectfully requesting no action be taken against Mr. Moore due to his willingness to participate in IOP treatment services. Probation will continue to monitor his compliance with treatment and abstinence from illegal substances, along with the remaining conditions of supervision. Should there be any further non-compliance, we will notify the Court immediately.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Carrie H. Borona*

By:  CARRIE H. BORONA
U.S. Probation Officer

/ cb

APPROVED:
*Kevin M. Villa*               06/28/2022

_____
KEVIN M. VILLA                Date
Supervising U.S. Probation Officer

Prob 12A – page 3
Marcus Moore

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

/s/ Kevin McNulty
Signature of Judicial Officer

6/28/2022
Date