PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Marcus Moore     Cr.: 19-00474-001
    PACTS #: 5910381

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                           UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/13/2019
Date of Violation Sentence: 04/26/2022

Original Offense:    Count One: Felon in Possession of a Firearm, Unlawful Transport Of Firearms, 18 U.S.C. § 922(g)
Violation Offense:    Illegal Drug Use

Original Sentence: 21 months imprisonment, 36 months supervised release
Violation Sentence: Time Served; 18 months supervised release

Special Conditions: $100 Special Assessment, Drug Treatment, Mental Health Treatment, Support Dependents, Substance Abuse Testing

Type of Supervision: Supervised Release                      Date Supervision Commenced: 04/26/2022

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On July 27, 2022, Moore tested positive for fentanyl which was confirmed by laboratory testing. |

U.S. Probation Officer Action:
Moore has re-engaged in outpatient substance abuse treatment and has continued to test negative on random urine screens since July 27, 2022. Additionally, Moore recently secured employment at a restaurant. The probation office will continue to monitor Moore and advise of any additional non-compliance.

                                                                                 Respectfully submitted,

                                                                                 SUSAN M. SMALLEY, Chief
                                                                                 U.S. Probation Officer

                                                                                 *Dana Hafner*

                                                                                 By:    DANA HAFNER
                                                                                        Senior U.S. Probation Officer

Prob 12A – page 2
Marcus Moore

/ dh

APPROVED:

*Elisa Martinez*            8/15/22
ELISA MARTINEZ           Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

X  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

/s/ Kevin McNulty
Signature of Judicial Officer

8/22/2022
Date